U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga

Date: 3/11/2026　　　　Courtroom: 1B - Chattanooga

Initial Appearance: ☐ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition
☑ Rule 5
Other Hearing: ☐ Arraignment ☐ Arraignment on SSI

**Case No.** 1:26-mj-79　　　　**USA v.** Sky Douglas Bishop

Present Before: HONORABLE Christopher H. Steger　　☑ U.S. Magistrate Judge

**Kevin Brown**　　**Clay Whittaker**
Assistant U.S. Attorney　　Attorney for Defendant　　US Probation Officer
　　☑ Appt. ☐ Retd. ☐ Ltd. App.
Dana Bellamy　　Digital Recording 1B
Courtroom Deputy　　Court Reporter / Digital Recording　　Interpreter
　　　　☑ SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed　　Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney　　☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☐ Deft. waived reading of Indictment/Information　　☐ Indictment/Information Read
☐ Deft. pleads not guilty on counts _____　　☐ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination　　☑ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety　　☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: _____　　Final Pretrial Conf.: _____
Detn Hrg: _____　　Preliminary Examination: _____
Arraignment: _____　　Motion Hrg: _____
Status Conf: _____　　Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET**:
Discovery Ddl: _____　　Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____　　Response Ddl: _____
Plea Ddl: _____　　Other: _____

**BOND**:
☐ Government moved for detention
☐ Dft WAIVED detention hrg.　　☐ Detention hrg. set　　☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy _____, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-26-mj-79_20260311_103046　　Court time: 11:41 to 11:56